```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - X
                                     :
UNITED STATES OF AMERICA             :   UNSEALING ORDER
                                     :
         - v. -                      :   S2 20 Cr. 293 (LJL)
                                     :
GLENN CARWELL, and                   :
    a/k/a "Tink,"                    :
DONTE HARRIS                         :
    a/k/a "Tay,                      :
                                     :
                    Defendants.      :
                                     :
- - - - - - - - - - - - - - - - - - X
```

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Audrey Strauss, by Assistant United States Attorney Thomas Burnett;

It is found that the Indictment in the above-captioned action, S2 20 Cr. 293 (LJL), is currently sealed and the United States Attorney's Office has applied to have that Indictment unsealed, it is therefore

ORDERED that the Indictment in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

SO ORDERED.

Dated: New York, New York
       October 9, 2021

_____
HONORABLE KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE