**Konta, Georges, and Buza, P.C.**
233 Broadway, 9th Floor
New York, NY 10279
212-710-5166 (Tel.)
212-710-5162 (Fax)
johnpbuza@aol.com

February 11, 2022

> REQUEST DENIED.
> The Status Conference will proceed as scheduled on February 16, 2022 at 12:00PM and will proceed remotely by Microsoft Teams video conference. Parties will be provided a link to access the hearing. Defendant may make a request for a further adjournment at the hearing.  2/14/2022
>
> SO ORDERED.
> *LEWIS J. LIMAN*
> United States District Judge

**VIA ECF**
The Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Glenn Carwell, and Donte Harris,* 20 CR 293 (LJL)

Dear Judge Liman:

      I represent Glenn Carwell. The case is currently scheduled to be heard on February 16, 2022 at 12:00 p.m. for status conference. I respectfully request that the matter be adjourned to a date in early April 2022[1] because I need more time to speak to Mr. Carwell about the case. As the Court knows, I was appointed to represent Mr. Carwell on January 12, 2022 after prior counsel was relieved. Mr. Carwell is currently incarcerated at Essex County Correctional Facility. That facility only began allowing attorneys to visit their clients on February 2, 2022, thus I have not been able to see Mr. Carwell between January 12, 2022, when I was appointed, and February 2, 2022, when the facility reopened. I have since been able to meet with Mr. Carwell one time since February 2, 2022, but the visit was through a window booth where it was difficult for us to hear each other, and we were not given adequate privacy to discuss the case. My understanding is that at the present moment, the facility only allows in-person visits in this way. I make this request because I need more time to develop a relationship with Mr. Carwell such that I can adequately represent him.

---

[1] I am scheduled to begin a trial in *U.S. v. Saint Clair*, 19 CR 790 (PKC) on March 9, 2022. The trial is scheduled to last between one and two weeks.

2

This is my first request to adjourn the matter.  Neither the government, nor counsel for Mr. Harris objects to this request for adjournment.

Respectfully Submitted,

*John Buza*
John P. Buza