Konta, Georges, and Buza, P.C.
233 Broadway, 9th Floor
New York, NY 10279
212-710-5166 (Tel.)
212-710-5162 (Fax)
johnpbuza@aol.com

March 24, 2022

**VIA ECF**
The Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSEMENT.**
The Court refers parties to the Magistrate Judge for consideration of the bail request.

3/28/2022   SO ORDERED.

LEWIS J. LIMAN
United States District Judge

Re:   *United States v. Glenn Carwell, and Donte Harris*, 20 CR 293 (LJL)

Dear Judge Liman:

I represent Glenn Carwell. The case is currently scheduled to be heard on May 18, 2022 at 2:00 p.m. for a hearing on any pretrial motions to be filed. I write this letter to respectfully request that Mr. Carwell's case be calendared as soon as is convenient for to me to make an application for the Court to consider releasing Mr. Carwell on conditions. Both pretrial services and the government oppose release, however, I respectfully submit that there are conditions that will reasonably assure Mr. Carwell's appearance at all future proceedings and can ensure that the safety of the community would not be endangered by his release. Accordingly, I would like to make an application for the Court to consider these conditions.

Respectfully Submitted,

John P. Buza