## Konta, Georges, and Buza, P.C.
233 Broadway, 9th Floor
New York, NY 10279
212-710-5166 (Tel.)
212-710-5162 (Fax)
johnpbuza@aol.com

**VIA ECF**
The Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

June 27, 2022

REQUEST GRANTED.
The Status Conference previously set for June 29, 2022 is rescheduled to July 26, 2022 at 11:00AM in Courtroom 15C at the 500 Pearl Street Courthouse.  The Court, with consent of all parties, excludes time from June 29, 2022 until July 26, 2022 under the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(A), upon a finding that the interests of justice outweigh the interests of the public and the defendant in a speedy trial, in that the time between now and July 26 will allow defendant to review and consider the proposed plea agreement and for parties to continue discussions regarding a possible pretrial disposition.    6/27/2022   SO ORDERED.

LEWIS J. LIMAN
United States District Judge

**Re:**   *United States v. Glenn Carwell,* **20 CR 293 (LJL)**

Dear Judge Liman:

      I represent Glenn Carwell.  The case is currently scheduled to be heard on June 29, 2022, at 2:00 p.m. for status conference.  I respectfully request that the matter be adjourned to a date in late July 2022.[1]  I make this request because the government and I are in active discussions about resolving the matter.  Moreover, the government recently conveyed a plea agreement for Mr. Carwell to consider and I would like to speak to him about its terms.  I believe that an adjournment of approximately thirty days would be sufficient for me to update the Court about how Mr. Carwell wishes to proceed.

      This is my first request to adjourn the matter and the government does not object.  Should the Court grant my application to adjourn the status conference, I would not object to the Court's finding that the continuance serves the ends of justice and that the need for the adjournment outweighs the interests of the public and Mr. Carwell in a speedy trial for reasons mentioned above.

      Respectfully Submitted,

John P. Buza

---

[1] I respectfully request that should the Court grant the continuance, it not adjourn the matter to a date between August 1-August 12, 2022 and between August 29 and September 2, 2022 because I will not be in New York during those time periods.