

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 9, 2022

**BY ECF**

The Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Glen Carwell*, 20 Cr. 293 (LJL)

Dear Judge Liman:

    The Government writes to advise the Court of its expectation that a superseding indictment containing, among other things, racketeering charges against defendant Glen Carwell is likely forthcoming within approximately the next 30 days. These additional charges will cover broader criminal conduct than the Hobbs Act robbery charged in the above-captioned indictment and will therefore involve the production of additional discovery materials.

    The charges in the current indictment are part of the same course of racketeering conduct that will be the subject of the forthcoming superseding indictment, and the charged robbery will be one of the predicate acts underlying the expected racketeering indictment. Therefore, the Government respectfully submits that, once the broader charges are filed, the parties will need additional time to consider motions and prepare for trial, such that it will no longer be feasible to proceed to trial as currently scheduled for November 14, 2022. Accordingly, the Government respectfully requests that the Court adjourn the trial date and all trial-related deadlines *sine die* and, instead, schedule a status conference and arraignment on the anticipated superseding indictment for the week of October 24, 2022. The defendant, through counsel, does not object to this request.

REQUEST GRANTED.
The trial date of November 14, 2022 and all trial-related deadlines are adjourned sine die.  An arraignment on the anticipated superseding indictment is scheduled for October 27, 2022 at 11:00AM in Courtroom 15C at the 500 Pearl Street Courthouse.

9/12/2022  SO ORDERED.
LEWIS J. LIMAN
United States District Judge

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: _____
Jacob R. Fiddelman
Thomas S. Burnett
Assistant United States Attorneys
(212) 637-1024/-1064

cc:    John Buza, Esq.