

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 24, 2022

**BY EMAIL**

The Honorable Robert W. Lehrburger
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Glen Carwell, et al.*, S3 20 Cr. 293 (LJL)

Dear Judge Lehrburger:

    The Government writes to respectfully request that the above-referenced Superseding Indictment be unsealed, as defendants named in that indictment have been arrested and are scheduled for initial appearances. A proposed order is attached for the Court's consideration.

        Respectfully submitted,

        DAMIAN WILLIAMS
        United States Attorney

By: _____
        Jacob R. Fiddelman
        Assistant United States Attorney
        (212) 637-1024

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - X
                                    :
UNITED STATES OF AMERICA            :
                                    :
           - v. -                   :    UNSEALING ORDER
                                    :
GLEN CARWELL, a/k/a "Tink,"         :    S3 20 Cr. 293 (LJL)
  a/k/a "Tinky,"                    :
SHAWNDALE LEWIS, a/k/a "Nore,"      :
COREY BATCHELOR, a/k/a "Corey       :
  Balla," and                       :
JORDAN TOWNSEND,                    :
                                    :
           Defendants.              :
                                    :
- - - - - - - - - - - - - - - - - X
```

Upon application of the United States of America, by and through Assistant United States Attorney Jacob R. Fiddelman, it is hereby ORDERED that Superseding Indictment S3 20 Cr. 293 (LJL) be and hereby is unsealed.

SO ORDERED.

Dated:  New York, New York
        October 24, 2022

_____
HONORABLE ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE