UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GLEN CARWELL,<br>SHAWNDALE LEWIS,<br>COREY BATCHELOR, and<br>JORDAN TOWNSEND,<br><br>                    Defendants. | **ADDENDUM TO<br>PROTECTIVE ORDER**<br><br>S3 20 Cr. 293 (LJL) |

Defendant COREY BATCHELOR, through counsel, hereby consents to, and agrees to be bound by, the Protective Order entered by the Court on November 14, 2022 (Doc. No. 118).

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney

by: _____          Date: ____12/09/22____
    Jacob R. Fiddelman
    Assistant United States Attorney


_____          Date: ____12/12/22____
Christine Delince, Esq.
Counsel for Corey Batchelor


SO ORDERED.

Dated: New York, New York
       December 13, 2022

_____
HONORABLE LEWIS J. LIMAN
UNITED STATES DISTRICT JUDGE