# GLAVIN PLLC
156 West 56th Street, Suite 2004
New York, New York 10019
646-693-5505

February 11, 2023

**VIA ECF**

The Honorable Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

> REQUEST GRANTED as to Shawndale Lewis, Glen Carwell, and Corey Batchelor. The Status Conference previously set for February 16, 2023 is rescheduled to March 16, 2023 at 10:00AM in Courtroom 15C at the 500 Pearl Street Courthouse. The Court, on consent of all parties, excludes time from February 13, 2023 until March 16, 2023 under the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(A), upon a finding that the interests of justice outweighs the interests of the public and the defendants in a speedy trial for the reasons as stated in defense counsel's letter.
>
> 2/13/2023   SO ORDERED.
> *[signature]*
> LEWIS J. LIMAN
> United States District Judge

Re:   United States v. Carwell et al., S3 20 Cr. 293 (LJL)

Dear Judge Liman:

I represent Shawndale Lewis in the above-referenced matter and write to request that (a) the Court adjourn the status conference scheduled for February 16, 2023 to March 16, 2023, and (b) exclude time under the Speedy Trial Act through the next conference. The Government, as well as counsel for co-defendants Glen Carwell and Corey Batchelor, consent to this request and the exclusion of time under the Speedy Trial Act.

I request this brief adjournment because of a scheduling conflict I have on February 16: I am scheduled to be at the Federal Bar Council's Winter Conference. I note that the Government recently provided additional discovery on a hard drive, and informed defense counsel this week that they will be providing us more discovery requiring another hard drive for that material. Given the productions and need to review with our clients, I expect that the defense will seek additional time to review that discovery at the next status conference.

Respectfully submitted,

/s/ Rita M. Glavin
Rita M. Glavin

*Counsel for Defendant Shawndale Lewis*