UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                                         :
:
      -v-                                                    :      20-CR-293 (LJL)
:
SHAWNDALE LEWIS, GLEN CARWELL, and                                :      ORDER
COREY BATCHELOR,                                                  :
:
                   Defendants.                       :
:
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      The Status Conference previously set for March 16, 2023 is rescheduled to March 23, 2023 at 10:00AM in Courtroom 15C at the 500 Pearl Street Courthouse. The Court, on consent of all parties, excludes time from March 15, 2023 until March 23, 2023 under the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(A), upon a finding that the interests of justice outweighs the interests of the public and the defendants in a speedy trial.

      SO ORDERED.

Dated: March 15, 2023
       New York, New York

                                                 LEWIS J. LIMAN
                                         United States District Judge