UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GLEN CARWELL,<br>SHAWNDALE LEWIS,<br>COREY BATCHELOR, and<br>JORDAN TOWNSEND,<br><br>Defendants. | **ADDENDUM TO PROTECTIVE ORDER**<br><br>S3 20 Cr. 293 (LJL) |

Defendant JORDAN TOWNSEND, through counsel, hereby consents to, and agrees to be bound by, the Protective Order entered by the Court on November 14, 2022 (Doc. No. 118).

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney

by: _____     Date: ____08/11/23____
Jacob R. Fiddelman
Assistant United States Attorney


*s/Thomas Ambrosio*                                  Date: 8/13/2023
_____
Thomas Ambrosio, Esq.
Counsel for Jordan Townsend


SO ORDERED.

Dated: New York, New York
       August 14, 2023

_____
HONORABLE LEWIS J. LIMAN
UNITED STATES DISTRICT JUDGE