**Konta, Georges, and Buza, P.C.**
233 Broadway, 9th Floor
New York, NY 10279
212-710-5166 (Tel.)
212-710-5162 (Fax)
johnpbuza@aol.com

March 22, 2024

**REQUEST GRANTED IN PART.**
The Sentencing hearing previously set for April 9, 2024 is rescheduled to April 16, 2024 at 2:00PM in Courtroom 15C at the 500 Pearl Street Courthouse.

3/25/2024   SO ORDERED.

*[signature]*
LEWIS J. LIMAN
United States District Judge

**VIA ECF**
The Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Glenn Carwell,* 20 CR 293 (LJL)

Dear Judge Liman:

     I represent Glenn Carwell. Mr. Carwell's sentencing is currently scheduled to be occur on April 9, 2024, at 12:00 p.m. I respectfully request that the sentencing be adjourned for approximately 30 days. I make this request because there are certain documents that I am still awaiting that I would like to include in my sentencing submission. This is my second request to adjourn the matter and the government does not object.

Respectfully Submitted,

/s/
_____
John P. Buza